No. 37. JAMES L. GATES, PLAINTIFF IN ERROR, v. SAMUEL P. PARMLY ET AL., EXECUTORS, ETC. In error to the Circuit Court of Clark County, State of Wisconsin. Argued October 22, 1903. Decided October 26, 1903. *Per Curiam.* Dismissed for the want of jurisdiction. *Knox* v. *Exchange Bank,* 12 Wall. 379; *Central Land Company* v. *Laidley,* 159 U. S. 103; *New Orleans Water Works Co.* v. *Louisiana,* 185 U. S. 336; *California Powder Works* v. *Davis,* 151 U. S. 389; *Louisville and Nashville Railroad Company* v. *Louisville,* 166 U. S. 709; *Morley* v. *Lake Shore &c. Railway Company,* 146 U. S. 162; *Bacon*

v. *Texas*, 163 U. S. 207. *Mr. Rublee A. Cole* for plaintiff in error. *Mr. A. B. Browne* and *Mr. Alexander Britton* for defendants in error.